UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIRLEY THOMPSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC.,<br>a Tennessee Corporation conducting business<br>within the State of Washington,<br><br>Defendant. | NO.<br><br>NOTICE OF REMOVAL<br><br>**JURY DEMAND** |

TO:    The United States District Court for the Western District of Washington at Seattle;

Defendant Life Care Centers of America, Inc., by and through counsel, hereby give notice that they are removing this case to the United States District Court for the Western District of Washington at Seattle on the grounds set forth below:

1.    On or about November 6, 2015, defendant was served with the above captioned lawsuit through their registered agent.

NOTICE OF REMOVAL - 1

A n d r e w s ▪ S k i n n e r ,  P . S .
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

1      2.      On or about November 9, 2015, Plaintiff filed her Summons and Complaint in

2  Skagit County Superior Court in the State of Washington.

3      3.      Defendant Life Care Centers of America, Inc. is a Tennessee corporation

4  registered to do business in Washington.

5      4.      This Notice is being filed within 30 days of suit being filed in the Skagit County

6  Superior Court and service of the Summons and Complaint upon defendants.

7      6.      28 U.S.C. § 1441(a) provides in part as follows:

8          Except as otherwise expressly provided by Act of Congress, any civil
          action brought in a State court of which the district courts of the
9          United States have original jurisdiction, may be removed by the
          defendant or the defendants, to the district court of the United States
10         for the district and division embracing the place where such action is
          pending.  For purposes of removal under this chapter, the citizenship
11         of defendants sued under fictitious names shall be disregarded.

12      7.      According to her Complaint, Plaintiff is seeking damages for personal injuries

13  allegedly sustained in Sedro Woolley, Skagit County, Washington.  Based upon undersigned

14  counsel's experience and the allegations of the Complaint, plaintiff is expected to seek special and

15  general damages plus legal fees and costs in excess of $75,000.

16      8.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1441(a)

17  by virtue of 28 U.S.C. §1332(a)(1).  Removal is proper to the United States District Court for the

18  Western District of Washington at Seattle because that district and division embrace Skagit County.

19     10.     True and correct copies of the pleadings filed in Skagit County Superior Court under

20  Cause No. 15-2-01585-3 are attached hereto as follows:

21    Exhibit A.     Summons filed November 9, 2015;

22    Exhibit B.     Complaint for Damages filed November 9, 2015; and

NOTICE OF REMOVAL - 2

A n d r e w s ▪ S k i n n e r ,  P.S.
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

1 Exhibit C.  Notice of Appearance for Defendant Life Care Centers of America, Inc.; and

2 Exhibits A through C constitute the complete record of all proceedings in the state court.

3  WHEREFORE, Defendant Life Care Centers of America, Inc. gives notice that the court

4 action pending against them in Skagit County Superior Court has been removed from that court to

5 the United States District Court for the Western District of Washington at Seattle.

6  Dated this 4th day of December, 2015.

7       ANDREWS ▪ SKINNER, P.S.

8

9       s/*Pamela M. Andrews*
        PAMELA M. ANDREWS, WSBA #14248
        645 Elliott Ave. W., Suite 350, Seattle, WA 98119

10      Phone: (206)223-9248 | Fax: (206)623-9050
        Email: pamela.andrews@andrews-skinner.com

11      Attorneys for Defendant Life Care Centers of
        America, Inc.

12
        ANDREWS ▪ SKINNER, P.S.

13

14      s/*Jennifer Lauren*
        JENNIFER LAUREN, WSBA #37914

15      645 Elliott Ave. W., Suite 350, Seattle, WA 98119
        Phone: (206)223-9248 | Fax: (206)623-9050

16      Email: jennifer.lauren@andrews-skinner.com
        Attorneys for Defendant Life Care Centers of

17      America, Inc.

18

19

20

21

22

Andrews▪Skinner, P.S.
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

1
**CERTIFICATE OF SERVICE**

2        I hereby certify that on December 4, 2015, I electronically filed the foregoing with the
Clerk of the Court using the CM/ECF system which will send notification of such filing to all
3   attorneys of record.  A copy will also be sent via email to plaintiff's attorney listed below:

4                                    **Attorneys for plaintiff:**
                             Michael David Myers, WSBA #22486
5                             Erika Holsman, WSBA #46992
                                  Myers & Company, PLLC
6                                 1530 Eastlake Ave. East
                                     Seattle, WA  98102
7                             mmyers@myers-company.com
                             eholsman@myers-company.com
8                               ***Via Email by Agreement***

9                                  ANDREWS ▪ SKINNER, P.S.

10
                             s/*Pamela M. Andrews*_____
11                           PAMELA M. ANDREWS, WSBA #14248
                             645 Elliott Ave. W., Suite 350, Seattle, WA 98119
12                           Phone: (206)223-9248 | Fax: (206)623-9050
                             Email: pamela.andrews@andrews-skinner.com
13                           Attorneys for Defendant Life Care Centers of
                             America, Inc.

14

15

16

17

18

19

20

21

22

NOTICE OF REMOVAL - 4                          A n d r e w s ▪ S k i n n e r ,  P. S.
                                               *645 Elliott Ave. W., Ste. 350*
                                               *Seattle, WA 98119*
                                               *Tel: 206-223-9248 ▪ Fax: 206-623-9050*

# EXHIBIT A

1
2
3
4
5
6
7

IN THE SKAGIT COUNTY SUPERIOR COURT
FOR THE STATE OF WASHINGTON

8

SHIRLEY THOMPSON, an individual,

9
                    Plaintiffs,

No. 15 - 2 - 01585 - 3

10
       vs.

SUMMONS (20 DAYS)

11

LIFE CARE CENTERS OF AMERICA, INC.,
a Tennessee Corporation conducting business

12

within the State of Washington,

13
                Defendant.

14

15
     THE STATE OF WASHINGTON TO: LIFE CARE CENTERS OF AMERICA, INC., a

16
Tennessee Corporation conducting business within the State of Washington.

17
     A lawsuit has been started against you in the above-entitled Court by Plaintiff Shirley

18
Thompson. Plaintiff's claim is stated in the written Complaint, a copy of which is served upon

19
you with this summons.

20
     In order to defend against this lawsuit, you must respond to the Complaint by stating your

21
defense in writing, and serve a copy upon the undersigned attorney for the plaintiff within 20

22
days after the service of this summons if served upon you within the State of Washington, or 60

23
days if served upon you outside the State of Washington, including the day of service, or a

24
default judgment may be entered against you without notice. A default judgment is one where

25

SUMMONS (20 DAYS) - 1

1  plaintiff is entitled to what she asks for because you have not responded.  If you serve a notice of

2  appearance on the undersigned attorney, you are entitled to notice before a default judgment may

3  be entered.

4      You may demand that the plaintiff file this lawsuit with the Court.  If you do so, the

5  demand must be in writing and must be served upon the undersigned attorney for the plaintiff at

6  the address below stated.  Within 14 days after you serve the demand, the plaintiff must file this

7  lawsuit with the Court, or the service on you of this summons and Complaint will be void.

8      If you wish to seek the advice of an attorney in this matter, you should do so promptly so

9  that your written response, if any, may be served on time.

10      This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State

11  of Washington.

12      DATED this 3rd day of November, 2015.

13

14                                  MYERS & COMPANY, P.L.L.C.

15                                  Attorneys for Plaintiff

16

17                                  By:_____

18                                      Michael David Myers

                                    WSBA No. 22486

19                                    Erika Holsman

                                  WSBA No. 46992

20

21

22

23

24

25

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON 98102
TELEPHONE (206) 398-1188

**EXHIBIT B**

IN THE SKAGIT COUNTY SUPERIOR COURT
FOR THE STATE OF WASHINGTON

SHIRLEY THOMPSON, an individual,

                              Plaintiffs,

            vs.

LIFE CARE CENTERS OF AMERICA, INC.,
a Tennessee Corporation conducting business
within the State of Washington,

                              Defendant.

No. 15 - 2 - 01585 - 3

COMPLAINT FOR DAMAGES

COMES NOW the plaintiff herein, Shirley Thompson, by and through her undersigned

attorneys of record, Myers & Company, P.L.L.C., and assert as follows:

## I.   PARTIES

1.1     Plaintiff resides in Sedro-Woolley, Skagit County, Washington.

1.2     Defendant Life Care Centers of America, Inc. ("Life Care Center") is a Tennessee

Corporation doing business in Skagit County, Washington.

## II.   JURISDICTION AND VENUE

2.1     The acts and omissions giving rise to the cause of action occurred in Skagit

County, Washington.

2.2     Jurisdiction and venue are properly lodged in the Skagit County Superior Court.

COMPLAINT FOR DAMAGES - 1

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON 98102
TELEPHONE (206) 398-1188

### III.    FACTS

3.1    Ms. Thompson resides at the Life Care Center in Sedro-Woolley, Washington.

3.2    On February 5, 2015 a Life Care Center aide was changing and cleaning Ms. Thompson in bed.

3.3    The aide positioned Ms. Thompson on her left side.

3.4    The aide was small in size. Ms. Thompson weighed over 180 pounds.

3.5    There were no other aides or staff members in the room.

3.6    The aide lost her grip on Ms. Thompson. Ms. Thompson rolled off the bed and fell face down onto the floor (approximately four feet).

3.7    Life Care Center recognized Ms. Thompson was a high fall risk at the time of the fall.

3.8    Ms. Thompson's Life Care Center Care Plan called for "2 person assist for bed mobility/toileting/changing brief and repositioning."

3.9    As a result of the fall, Ms. Thompson sustained personal injuries and suffered special and general damages in an amount to be proven at trial.

### IV.    CAUSES OF ACTION

A.    Negligence

4.1    Ms. Thompson realleges all prior allegations as though fully stated herein.

4.2    Ms. Thompson was a resident of the Life Care Center at the time of the fall.

4.3    Life Care Center and its staff knew or should have known Ms. Thompson was a high fall risk resident.

COMPLAINT FOR DAMAGES - 2

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON 98102
TELEPHONE (206) 398-1188

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4.4     Life Care Center breached the duty of care owed to Ms. Thompson by putting her into an unsafe position, by failing to take adequate fall prevention measures and by failing to ensure Ms. Thompson was properly attended to.

4.5     As a direct and proximate result of Life Care Center's negligence, Ms. Thompson has suffered damages in an amount to be determined at trial.

B.     Neglect of Vulnerable Adult: RCW 74.34.200

4.6     Ms. Thompson realleges all prior allegations as though fully stated herein.

4.7     In addition to other remedies available under the law, a vulnerable adult who has been subjected to neglect while residing in a facility shall have a cause of action for damages on account of her injuries, pain and suffering, and loss of property.

4.8     Life Care Center neglected Ms. Thompson, a vulnerable adult, by failing to provide goods and services to maintain her physical or mental health, by failing to avoid or prevent physical or mental harm or pain to her; and by engaging in acts and omissions demonstrating a serious disregard of consequences of such a magnitude as to constitute a clear and present danger to her health, welfare, and safety.

4.9     As a proximate result of Life Care Center's neglect Ms. Thompson sustained damages on account of her injuries, pain and suffering, and loss of property, and has incurred costs and attorneys' fees.

## V.     PRAYER FOR RELIEF

WHEREFORE having fully set forth her claims against Life Care Center, Ms. Thompson prays for relief as follows:

A.     For monetary judgment against Life Care Center in an amount sufficient to compensate her for the damages she sustained;

COMPLAINT FOR DAMAGES - 3

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON 98102
TELEPHONE (206) 398-1188

B.      For prejudgment interest on all liquidated amounts as allowed by law;

C.      For her reasonable costs and attorneys' fees incurred herein, pursuant to all applicable statutory, common law, and equitable theories; and

D.      For such other and further relief as the Court deems just and equitable.

DATED this 3rd day of November, 2015.

MYERS & COMPANY, P.L.L.C.

Attorneys for Plaintiff

By:_____

Michael David Myers
WSBA No. 22486
Erika Holsman
WSBA No. 46992

COMPLAINT FOR DAMAGES - 4

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON 98102
TELEPHONE (206) 398-1188

# EXHIBIT C

FILED
SKAGIT COUNTY CLERK
SKAGIT COUNTY, WA

2015 NOV 23   AM II: 49

1

2

3

4

5

6

7          IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR SKAGIT COUNTY

8

9    SHIRLEY THOMPSON, an individual,

                                                  NO.  15-2-01585-3
                        Plaintiff,
10
                                                  NOTICE OF APPEARANCE
11          v.

12    LIFE CARE CENTERS OF AMERICA, INC.,
      a Tennessee Corporation conducting business
13    within the State of Washington,

14                                 Defendant.

15   TO:          Plaintiff Above Named

16   AND TO:      MICHAEL DAVID MYERS and ERIKA HOLSMAN, Plaintiff's Attorneys

17         YOU AND EACH OF YOU will please take NOTICE that the defendant, LIFE CARE

18   CENTERS OF AMERICA, INC., hereby appears in the above-entitled action and requests that all

19   further papers and pleadings, except original process, be served upon the undersigned attorneys at

20   the address below stated.

21

22

     NOTICE OF APPEARANCE - 1                      A n d r e w s • S k i n n e r ,  P . S .
                                                   *645 Elliott Ave. W., Ste. 350*
                                                   *Seattle, WA 98119*
                                                   *Tel: 206-223-9248 • Fax: 206-623-9050*

1    DATED this 9th day of November, 2015.

2                                    ANDREWS ▪ SKINNER, P.S.

3
                                     By _____
4                                        PAMELA M. ANDREWS, WSBA #14248
                                         JENNIFER LAUREN, WSBA # 37914
5                                        Attorney for Defendant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

NOTICE OF APPEARANCE - 2

                                                    A n d r e w s ▪ S k i n n e r ,  P. S.
                                                    645 Elliott Ave. W., Ste. 350
                                                    Seattle, WA 98119
                                                    Tel: 206-223-9248 ▪ Fax: 206-623-9050

1

**DECLARATION OF SERVICE**

I, JANE JOHNSON, hereby declare as follows:

2

1.      That I am a citizen of the United States and of the State of Washington, living and residing in King County, in said State, I am over the age of eighteen years, not a party to the above-entitled action, and competent to be a witness therein.

3

2.      On the _10_ day of November, 2015, I caused a copy of the attached Notice of Appearance to be served upon the following in the manner noted:

4

**Attorneys for plaintiff:**

5

Michael David Myers, WSBA #22486

Erika Holsman, WSBA #46992

6

Myers & Company, PLLC

1530 Eastlake Ave. East

7

Seattle, WA  98102

mmyers@myers-company.com

8

eholsman@myers-company.com

*Via Email and US Mail*

9

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

10

DATED this _10_ day of November, 2015 at Seattle, Washington.

11

JANE JOHNSON

12

13

14

15

16

17

18

19

20

21

22

NOTICE OF APPEARANCE - 3

Andrews▪Skinner, P.S.
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*